THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In the Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Deborah Watkins, Appellant.
 
 
 

Appeal From York County
John C. Hayes, III,
 Circuit Court Judge
Unpublished Opinion No. 2007-UP-433
Submitted October 1, 2007  Filed October 9, 2007    

APPEAL DISMISSED

 
 
 
 Chief
 Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER
 CURIAM:  Deborah Watkins appeals her convictions for
 distribution of crack cocaine and distribution of crack cocaine within a
 half-mile of a school.  She asserts the trial judge erred by informing the jury
 during voir dire that she had committed a prior drug offense.  Watkins
 counsel has filed a petition to be relieved as counsel, stating she has
 reviewed the record and concluded the appeal is without merit.  Watkins has
 filed a separate pro se brief.  After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Watkins appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED.
HEARN, C.J.,
 HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.